```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
SPORTSQUEST, INC.,  :
 :
                Plaintiff,  :
 :    22-cv-6802 (LJL)
     -v-  :
 :    ORDER
EPIC WORLDWIDE et al.,  :
 :
                Defendant.  :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has filed a motion for a Temporary Restraining Order. The Court will hold a hearing on the motion for a Temporary Restraining Order on August 19, 2022 at 11:00 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse. Notice should be provided to the defendants by Monday, August 15, 2022 by email and overnight mail.

      SO ORDERED.

Dated: August 11, 2022
       New York, New York

                                                          LEWIS J. LIMAN
                                               United States District Judge