UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPORTSQUEST, INC.,

                Plaintiff,

      -v-

EPIC WORLDWIDE, *et al.*,

                Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2022

22-cv-6802 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    There is a hearing on the motion for a preliminary injunction scheduled for September 1, 2022 at 10:00 a.m.  The hearing will take place in Courtroom 15C of the 500 Pearl Street Courthouse.  Plaintiff is directed to serve a copy of this Order on Defendants by email and mail to ensure Defendants have notice of the precise location of the hearing.

    SO ORDERED.

Dated: August 25, 2022
       New York, New York

                                             LEWIS J. LIMAN
                                  United States District Judge