```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SPORTSQUEST, INC.,                                                :
                                                                  :
                           Plaintiff,                             :
                                                                  :            22-cv-6802 (LJL)
             -v-                                                  :
                                                                  :               ORDER
EPIC WORLDWIDE, et al.,                                           :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has received the stipulation of voluntary dismissal as to Defendant National Financial Services LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 23. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant National Financial Services LLC with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendant National Financial Services LLC.

SO ORDERED.

Dated: September 1, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2022