```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SPORTSQUEST, INC.,                                                :
:
                Plaintiff,                                          :
:    22-cv-6802 (LJL)
    -v-                                                           :
:    <u>ORDER</u>
EPIC WORLDWIDE, *et al.*,                                         :
:
                Defendants.                                         :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As stated on the record at the preliminary injunction hearing held in this matter today, September 1, 2022, and based on the findings and conclusions as stated on the record, the motion for a preliminary injunction is DENIED without prejudice to renewal. The temporary restraining order previously entered in this matter, *see* Dkt. No. 14, is hereby lifted.

      The Clerk of Court is respectfully directed to close Dkt. No. 2.

      SO ORDERED.

Dated: September 1, 2022
       New York, New York
                                          LEWIS J. LIMAN
                                        United States District Judge